# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALICE M. ANDREWS, et al.,** | : |
| Plaintiffs, | : |
| vs. | : CA 10-357-CG-C |
| **SOUTH ALABAMA UTILITIES,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and the defendant having consented to remand in its response filed on August 11, 2010 (Doc. 15), the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 23, 2010 is **ADOPTED** as the opinion of this court. The motion to remand filed in this case (Doc. 11) hereby is **GRANTED** and this action is **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE and ORDERED** this 31st day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE